UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:234-cr-00115-01 |
| VERSUS | JUDGE FOOTE |
| DEMETRIC CAREY a.k.a. "Spud" | MAGISTRATE JUDGE HORNSBY |

**MOTION TO WITHDRAW PRESENT COUNSEL
AND SUBSTITUTE NEW COUNSEL**

NOW INTO COURT, comes Betty L. Marak, Assistant Federal Public Defender, who respectfully shows:

1.

The office of the Federal Public Defender was appointed to represent the defendant, Demetric Carey a.k.a "Spud". Undersigned counsel, Betty L. Marak, was assigned to represent Demetric Carey a.k.a "Spud" in these proceedings.  Due to a conflict that has arose,  Betty L. Marak seeks to be removed as counsel for Mr. Carey.

2.

Johnathan "Dhu" Thompson, CJA Panel Attorney, has agreed to represent Demetric Carey a.k.a "Spud". Defendant is aware that Betty L. Marak has withdrawn from his case and that substitute counsel will be enrolling.

Considering the foregoing, undersigned counsel prays this Honorable Court allow Betty L. Marak to withdraw as counsel of record in these proceedings and substitute Johnathan "Dhu" Thompson as counsel of record for the Defendant, Demetric Carey a.k.a "Spud".

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:     **S/ *Betty L. Marak***
Betty L. Marak, LSBA NO. 18640
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana 71101
Phone: 318-676-3310
Fax:318-676-3313
Email: betty_marak@fd.org
WITHDRAWING COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Shreveport, Louisiana, July 19, 2024.

*S/Betty L. Marak*