UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 5:234-cr-00115-01 |
| VERSUS | JUDGE FOOTE |
| DEMETRIC CAREY a.k.a. "Spud" | MAGISTRATE JUDGE HORNSBY |

## ORDER

UPON CONSIDERATION of the MOTION TO WITHDRAW PRESENT COUNSEL AND SUBSTITUTE NEW COUNSEL OF RECORD;

IT IS HEREBY ORDERED that BETTY L. MARAK, Assistant Federal Public Defender, is withdrawn as counsel of record for DEMETRIC CAREY a.k.a. "Spud"; and

IT IS FURTHER ORDERED that JOHNATHAN "DHU" THOMPSON, CJA Panel Attorney, is substituted as counsel of record for DEMETRIC CAREY a.k.a. "Spud".

Shreveport, Louisiana, _____, 2024.

_____
UNITED STATES DISTRICT JUDGE